UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>*Plaintiff*,<br><br>v.<br><br>DEBT FREEDOM ATTORNEYS, PLLC;<br>JACOB GINSBURG;<br>DEBT ADVISORS US, LLC;<br>APRIL PARRA; and<br>RAMON OCHOA, JR.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§      EP-24-CV-00369-DCG<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE

Pursuant to "Plaintiff's Notice of Dismissal With Prejudice" (ECF No. 7), the Court **DISMISSES** the above-captioned case **WITH PREJUDICE**.

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 26th day of December 2024.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE